IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WHIT'LEE LAURIE AMARI MILLER,<br><br>Defendant. | CR 25-34-BU-DLC<br><br>ORDER |

Defendant has filed an unopposed motion to amend her conditions of release to authorize her to relocate and reside at the residence identified in her sealed motion. (Doc. 214). Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED. Defendant shall coordinate the relocation with her supervising pretrial services officer. All other conditions of release shall remain in effect.

DATED this 8th day of October, 2026.

Kathleen L. DeSoto
United States Magistrate Judge